Theda Smith, Plaintiff-Appellee, v. Thomas W. Bishop, Jr., Defendant-Appellant.

Gen. No. 10,535.    (Abstract of Decision.)

Fourth District.
September 8, 1964.
Rehearing denied September 30, 1964.

Busch, Harrington & Porter, of Champaign, for appellant; John H. Finrock, and John Alan Appleman, both of Urbana, for appellee. Opinion by PRESIDING JUSTICE CROW. **Not to be published in full.**